360 A.2d 660

COMMONWEALTH

v.

PURCELL, Appellant.

Submitted March 22, 1976. Eugene C.

LaManna, and Austin, Speicher, Boland, Connor & Giorgi, for appellant; Joseph C. Madenspacher, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Order affirmed.